1  Elliot Gale (Bar #263326)
   egale@gajplaw.com
2  Joe Angelo (Bar #268542)
   jangelo@gajplaw.com
3  Gale, Angelo, Johnson, & Pruett, P.C.
   1430 Blue Oaks Blvd., Ste. 250
4  Roseville, CA 95747
   916-290-7778 ph
5  916-721-2767 fax

6  Attorneys for Plaintiff
   Rayna Wright

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| RAYNA WRIGHT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BANK OF AMERICA, et al,<br><br>　　　　Defendant | Case No.: 2:19-cv-09898-AB-JC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Rayna Wright, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Bank of America, N.A. as to all claims in this action, with prejudice.

　　　Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

　　　41(a) Voluntary Dismissal

　　　(1) By the Plaintiff

　　　　　(a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

　　　　　　　(1) a notice of dismissal before the opposing party serves either

1 an answer or a motion for summary judgment.
2     Defendant Bank of America, N.A. has neither answered Plaintiff's Complaint,
3 nor filed a motion for summary judgment.  Accordingly, the matter may be
4 dismissed against it for all purposes and without an Order of the Court.
5
6 Dated: January 9, 2020                    Gale, Angelo, Johnson, & Pruett, P.C.
7
8                                            By:    /s/ Joe Angelo
                                                    Joe Angelo
9                                                 Attorneys for Plaintiff
10                                                Rayna Wright